| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Thomas Corcovelos SBN 70493<br>1001 6th St, Ste. 150<br>Manhattan Beach, CA 90266<br>310-374-0116<br>310-318-3832 FAX<br>corforlaw@corforlaw.com<br><br>○ *Individual appearing without attorney*<br>● *Attorney for:* Debtor Raquel Rettberg | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE DIVISION**

| In re:<br><br>Raquel Rettberg<br><br><br><br><br>Debtor(s). | CASE NO.: 18-17932<br><br>CHAPTER 13<br><br>**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>[No Hearing Required] |
|---|---|

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1):

1. ☑ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

   **OR**

   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter ___ and was converted to a case under chapter 13 on _____.

2. ☐ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

   **OR**

   ☑ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                            Page 1                              **F 3015-1.18.DEBTOR.MOTION.DISMISS**

Filing Date: 1-8-2019
Movant: Mark J. Thornsley, Trustee; Sherman Nekritz, Trustee,
Personal or Real Property: Real property l;ocated at 82675 Avenue 53, Indio CA 92201-9607
RElief from stay resolved by stipulation

Status: ☐ Pending    ☒ Resolved    ☐ Withdrawn/Denied
*(Please attach additional pages if needed.)*

3. ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   **OR**

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

   *(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:
   Relief from stay allowed foreclosure of the only real property of the estate, and so the wage earner plan is moot

   *(Please attach additional pages if needed.)*

Date: 1-18-2019

Attorney for Debtor    Thomas Corcovelos

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 1-18-2019

Debtor    Raquel Rettberg

Date: _____

Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 3015-1.18.DEBTOR.MOTION.DISMISS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1001 6th St., Ste. 150, Manhattan Beach, CA 90266

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _1-18-2019_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 Rod Danielson (TR)   notice-efile@rodan13.com;
 Alexander K Lee   ecfcacb@aldridgepite.com, akl@ecf.courtdrive.com;
 Edward A Treder    cdcaecf@bdfgroup.com
 United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov,   Darlene C Vigil    cdcaecf@bdfgroup.com

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _1-18-2019_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 Hon Scott H. Yun
 3420 Twelfth St., Ctrm 302
 Riverside, CA 92501

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _1-18-2019_ | _Thomas Corcovelos_ | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 3015-1.18.DEBTOR.MOTION.DISMISS**

**6:18-bk-17932-SY** Raquel Rettberg
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Scott H. Yun
**Date filed:** 09/19/2018 **Date of last filing:** 01/17/2019

# Creditors

**AT&T Mobility II LLC**
%AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER,, NJ 07921

(39213607)
(cr)

**Christopher Pyle CPA**
70025 Hwy 111, Ste 101
Rancho Mirage, CA 92270

(39221826)
(cr)

**Ditech Financial LLC**
PO Box 6154
Rapid City, SD 57709-6154

(39219875)
(cr)

**Ditech Financial LLC**
PO Box 6164
Rapid City, SD 57709-

(39221827)
(cr)

**HCR Manor CAre**
74350 Country Club Dr
Palm Desert, CA 92260

(39221828)
(cr)

**LVNV Funding, LLC its successors and assigns as**
assignee of Capital One Bank (USA), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(39122599)
(cr)

**Mr. Cooper**
8950 Cypress Waters Blvd.
Coppell, TX 75019

(39089677)
(cr)

**Mr. Cooper**
8950 Cypress Waters Blvd.
Coppell, TX 75019

(39221829)
(cr)

**Riviera Realty**
Kathryn Smith Broker
520 Alamitos Way
San Marcos, CA 92078

(39089678)
(cr)

**Riviera Realty**
Kathryn Smith Broker
520 Alamitos Way
San Marcos, CA 92078

(39221830)
(cr)

**T Mobile/T-Mobile USA Inc**
by American InfoSource as agent

(39105996)
(cr)

PO Box 248848
Oklahoma City, OK 73124-8848

**Wells Fargo Bank National Association**
Nationstar Mortgage LLC d/b/a Mr. Cooper
Bankruptcy Dept.
PO Box 619096
Dallas TX 75261-9741

(39124657)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/18/2019 12:14:40 | | | |
| **PACER Login:** | cf0180:2523351:0 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 6:18-bk-17932-SY Creditor Type: cradm |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |